# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA BARROSO,**

                    **Plaintiff,**

**-vs-**                                                                           Case No. 6:12-cv-968-Orl-28GJK

**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**

                    **Defendant.**

_____

## ORDER

This matter comes before the Court without a hearing on the Motion to Withdraw Opposition to Plaintiff's Motion to Remand (Doc. 30). Without conceding that its removal was improper, the Defendant has opted to permit the Plaintiff to remand the case so the trial court may enter judgment and consider post-trial motions, including the Plaintiff's pending motion for leave to amend to add a bad faith claim. (The Plaintiff had argued, *inter alia*, that without the bad faith claim, the amount in controversy in this case did not exceed $75,000 and therefore this court lacked subject matter jurisdiction.) Accordingly, it is hereby

**ORDERED** that the Defendant's opposition (Doc. 21) to the Motion to Remand (Doc. 30) is **WITHDRAWN**, the Motion to Remand (Doc. 30) is **GRANTED**, and this matter is **REMANDED** to the Circuit Court of the 18th Judicial Circuit, In and For Brevard County, Florida. And it is further

**ORDERED** that the Defendant's Motion for Leave to File Amended Notice of Removal (Doc. 24) is **DENIED AS MOOT**. And it is further

**ORDERED** that the Plaintiff's Motion for Attorney's Fees (Doc. 15) is **DENIED**. Given the unsettled state of the law in this district regarding removal deadlines being triggered by motions to amend, an award of fees is not warranted here.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 29, 2012.

                                                  GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party